AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>DARWIN ALEXANDER DAVILA-PEREZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         25-2079<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 17, 2025  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Forcibly assaulting, resisting, opposing, impeding or interfering with - involving physical contact - certain officers or employees who were engaged in or on account of the performance of official duties |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Matthew Kreush
*Complainant's signature*

Matthew Kreush, HSI, Special Agent
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date:  12/23/2025

*Judge's signature*

City and state:  Pittsburgh, Pennsylvania        Patricia L. Dodge, US Magistrate Judge
*Printed name and title*