IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Magistrate No. 25-2079 |
| DARWIN ALEXANDER DAVILA-PEREZ | |

## APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Darwin Alexander Davila-Perez, Year of Birth: 1992, Hispanic, Male.

2. Detained by: U. S. Immigration and Customs Enforcement at Northern Regional Correctional Facility and Jail, 112 Northern Regional Correctional Drive, Moundsville, WV 26041.

3. Detainee is charged in this District by Criminal Complaint, charging detainee with one count of forcibly assaulting, resisting, opposing, impeding or interfering with - involving physical contact - certain officers or employees who were engaged in or on account of the performance of official duties, in violation of 18 U.S.C. § 111(a)(1). Detainee is presently detained in the Northern Regional Correctional Facility and Jail, Moundsville, WV, for pending immigration proceedings.

4. The above case is set for an Initial Appearance in Pittsburgh, PA, on January 12, 2026, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Courtroom 9A at that time and to remain in federal custody until the issue of pretrial release or detention is decided under the Bail Reform Act, 18 U.S.C. § 3141, *et seq.*

*s/ Lee A. Fry*
LEE A. FRY
Assistant United States Attorney
PA ID No. 325861

## ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this District, are hereby ORDERED to produce the named detainee on the date and at the time listed above, and to hold the detainee in federal custody until the issue of pretrial release or detention is decided under the Bail Reform Act, 18 U.S.C. § 3141, *et seq.*

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

| | |
|---|---|
| DATE | THE HONORABLE PATRICIA L. DODGE |
| | UNITED STATES MAGISTRATE JUDGE |

cc: United States Attorney