## RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA

vs

Darwin Alexander Davila-Perez

MAGISTRATE JUDGE'S DOCKET NO. 2:25-mj-2079
DATE OF COMPLAINT 12/22/2025
CRIMINAL DOCKET NO.
DATE OF INDICTMENT
ORIGINATING DISTRICT (if applicable)

DATE ARRESTED: Writ

### INITIAL APPEARANCE

Presiding Magistrate Judge:
- [ ] BROWN
- [ ] KELLY
- [ ] PESTO
- [ ] DODGE
- [ ] LANZILLO
- [ ] TAYLOR

Date: 1/12/2026
Time: 11:00 am – 11:08 am
CD #:
Court Reporter: none

U.S. ATTORNEY: Lee Fay
INTERPRETER: Ana Lahr * Spanish

**1. RIGHTS EXPLAINED**
- [ ] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
- [✓] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**
- [ ] Read
- [✓] Summarized
- [✓] Reading waived
- [ ] Defendant provided with a copy of the charges
- [✓] Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**
- [ ] Read
- [✓] Summarized
- [ ] Reading waived

**4. COUNSEL**
- [✓] Defendant requested appointment
- [ ] Defendant waived appointment
- [✓] Defendant represented by: Jane Morrison
- [ ] Defendant expects to retain:
- [✓] Affidavit executed.
- [ ] Not Qualified
- [✓] Qualified
- [ ] With possible requirement for partial or full payment
- [✓] Federal Public Defender appointed
- [ ] CJA Panel Attorney _____ appointed

**5. BAIL**
Recommended Bond: Detention
Bond Set at:
- [ ] By Consent
- [ ] By Magistrate Judge
- [ ] Additional Conditions Imposed: _____
- [✓] Temporary Commitment issued
- [ ] Final Commitment issued

Bond/Detention Hearing set for: waived

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
Preliminary Exam/~~Rule 40/Arraignment~~ set for: 1/16 at 10:30 am before Magistrate Judge Dodge

WDPA Rev 06/24