# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs.<br><br>DARWIN ALEXANDER DAVILA-PEREZ<br>Defendant | )<br>)<br>)<br>) No. 2:25-mj-02079-PLD<br>)<br>)<br>) |

## PRELIMINARY EXAMINATION

Before <u>Magistrate Judge Christopher B. Brown</u>

| Lee Fry | Jake Morrison |
|---|---|
| Appear for Plaintiff | Appear for Defendant |

Hearing begun  1/28/2026 at 1:15 p.m.        Hearing adjourned _____

Hearing concluded  1/28/2026 at 1:55p.m.     Court Reporter   Jessica Fisher


Spanish Interpreter: Katty Kauffman.

Government witness: ICE Supervisory Officer Alex Simon.

Government Exhibit 1 (complaint affidavit) admitted by the Court.

Defense cross-examination of Government witness.

Government redirect of witness.

Defense Exhibit A (video) admitted by the Court.

Government argument as to probable cause.

Defense argument as to lack of probable cause.

Government rebuttal argument.

Defense rebuttal argument.

The Court finds that probable cause has been established.