IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                       Case No.: 2:25−mj−02079−PLD

                                       Magistrate Judge Patricia L. Dodge

DARWIN ALEXANDER
DAVILA−PEREZ

                      Defendant.

## PROBABLE CAUSE ORDER

    AND NOW, this day the 28th of January 2026, following a Preliminary Hearing, the Court finds that probable cause exists which supports a finding that the charged violations have been committed by the defendant.

BY THE COURT:

s/ Christopher B. Brown

United States Magistrate Judge